

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-09-396-CV

IN RE ARCH INSURANCE COMPANY AND                        RELATORS
ARCH REINSURANCE COMPANY

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and emergency motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency motion for temporary stay are denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: MCCOY, DAUPHINOT, and GARDNER, JJ.

---

[1] ... *See* Tex. R. App. P. 47.4.

DELIVERED:  December 10, 2009